UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JULIET NG,<br><br>            Plaintiff,<br><br>      v.<br><br>US BANK TRUSTEE, NA, et al.,<br><br>            Defendants. | Case No. 15-cv-04998-PSG<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Re: Docket No. 55)** |

The court has before it Plaintiff Mary Juliet Ng's application for a temporary restraining order to prevent Defendants U.S. Bank N.A. and Select Portfolio Servicing Inc. from proceeding with a foreclosure of Ng's home.[1] Ng admits that she refinanced the home in 2007 but has made no payments on the loan since 2010.[2] Ng nevertheless claims that Defendants cannot initiate a foreclosure because they have no interest in the deed of trust and because certain recorded assignments of Ng's deed of trust were invalid.[3] Because a party seeking a temporary restraining order must establish a likelihood of success on the merits,[4] the court examines whether Ng has made that showing.

---

[1] *See* Docket No. 55.

[2] *See id.* at 16.

[3] *See* Docket No. 45 at ¶¶ 8-19.

[4] *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *DISH Network Corp. v. FCC*, 653 F.3d 771, 776-77 (9th Cir. 2011).  These cases involve preliminary injunctions, but the standard for temporary restraining orders is the same. *See Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001); *Lockheed Missile & Space Co., Inc. v. Hughes Aircraft Co.*, 887 F. Supp. 1320, 1323 (N.D. Cal. 1995).

1
Case No. 15-cv-04998-PSG
ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER

1    Although Ng's complaint alleges eleven causes of action,[5] her application focuses on just
2    one: wrongful foreclosure.[6] After reviewing the papers and considering the parties' arguments at
3    today's hearing,[7] the court cannot say that Ng is likely to succeed on the merits of her wrongful
4    foreclosure claim. The reason is that, under California law, a plaintiff may not bring a preemptive
5    action for wrongful foreclosure before the sale takes place.[8] This is precisely what Ng has done.

6    The application for a temporary restraining order is DENIED.

7    **SO ORDERED.**

8    Dated: April 22, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[5] *See id.* at ¶¶ 24-120.

[6] In her application, Ng does reference her other claims. But she offers nothing to meet her burden of establishing that she is likely to succeed on any of these claims.

[7] *See* Docket No. 62.

[8] *See, e.g.*, *Saterback v. JPMorgan Chase Bank, N.A.*, 199 Cal. Rptr. 3d 790, 795-96 (Ct. App. 2016); *Rossberg v. Bank of America, N.A.*, 219 Cal. App. 4th 1481, 1493 (2013); *Lawrence v. Wells Fargo Bank, N.A.*, Case No. 14-cv-01272, 2014 WL 2705425, at *7 (N.D. Cal. June 13, 2014).