UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
www.cand.uscourts.gov

Susan Y. Soong                                                                      General Court Number
Clerk of Court                                                                              415 522-2200

CASE NUMBER: 5:15-cv-04998-PSG
CASE TITLE: Ng et al v. US Bank Trustee, NA et al

## REASSIGNMENT ORDER

Magistrate Judge Paul S. Grewal resigned from the court on June 3, 2016. In order to avoid delay during the vacancy and to facilitate prompt disposition of this case, this matter is reassigned without regard to venue provisions.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Kandis A. Westmore for all further proceedings.

The parties are instructed that all future filings shall bear the initials KAW immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE KANDIS A. WESTMORE.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

Date: June 6th, 2016

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*
_____
CLERK OF COURT