UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY JULIET NG,

    Plaintiff,

    v.

US BANK, NA, et al.,

    Defendants.

Case No. 15-cv-04998-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 88

On October 10, 2016, Defendants Select Portfolio Servicing Inc. and US Bank, N.A. filed a motion for attorney's fees. (Dkt. No. 88.) Plaintiff's opposition was due on October 24, 2016; as of October 26, 2016, however, Plaintiff has not filed an opposition.[1] Therefore, Plaintiff is ordered, on or before **November 2, 2016**, to 1) file an opposition to Defendants' motion for attorney's fees, and 2) respond to this order to show cause by explaining why she did not file a timely opposition. Failure to complete both tasks by November 2, 2016 may result in the Court granting Defendants' motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."

    IT IS SO ORDERED.

Dated: October 26, 2016

                                KANDIS A. WESTMORE
                                United States Magistrate Judge

---

[1] On October 25, 2016, Plaintiff filed a Notice of Appeal of the Court's Order dismissing the case with prejudice. (Dkt. No. 93.) This Notice of Appeal alone does not abrogate Plaintiff's obligation to respond to the motions pending before this Court.