Patricia Rodriguez Esq., SBN 270639
**RODRIGUEZ LAW GROUP, INC.**
1492 West Colorado Blvd., Suite 120
Pasadena, CA 91105
Office Phone: (626) 888-5206
Fax: (626) 282-0522


Attorneys for Plaintiff
MARY JULIET NG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JULIET NG,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANK, NA SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR TO LASALLE BANK, N.A., TRUSTEE FOR CERTIFICATE HOLDERS OF WAMU-RMBS MORTGAGE PASS THRU SERIES 2007-HY6, UNDER POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; AND SELECT PORTFOLIO SERVICING INC; AND QUALITY LOAN SERVICE CORPORATION; AND DOES 1- 99,<br><br>    Defendants. | Case No.: 4:15-cv-04998-KAW<br><br>**STIPULATION TO CONTINUE MOTION FOR ATTORNEY'S FEES UNTIL DECEMBER 1, 2016**<br><br><u>Motion Currently Scheduled For</u>:<br>Date: November 17, 2016<br>Time: 11:00 AM<br>Courtroom: 2 |

-1-

STIPULATION TO CONTINUE MOTION FOR ATTORNEY'S FEES
UNTIL DECEMBER 1, 2016

**STIPULATION**

1. On October 10, 2016, , Defendants U.S. Bank National Association, as successor trustee to Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-HY6 Trust ("U.S. Bank Trustee") (incorrectly sued herein as Trustee US Bank, NA as successor to Bank of America, NA, successor to LaSalle Bank NA as Trustee on behalf of the Certificate Holders of WAMU-RMBS Pass-Thru Series 2007-HY6 under the Pooling And Servicing Agreement dated May 1, 2007) and Select Portfolio Servicing, Inc. ("SPS") (collectively with U.S. Bank Trustee, "Defendants") filed their motion for attorney fees against Plaintiff Mary Ng ("Plaintiff"), setting a hearing thereon for November 17, 2016, at 11:00 a.m.

2. On October 18, 2016, Defendants filed their motion to expunge the notice of pendency of action, setting a hearing thereon for December 1, 2016, at 11:00 a.m.

3. On November 10, 2016, Plaintiff's counsel e-mailed counsel for Defendants to explain that "due to counsel availability concerns and busy schedule and to conserve judicial resources, we request and propose a stipulation to continue your Motion for Attorney Fees (11/17/16) to the same day as the Motion to Expunge Lis Pendens, December 1, 2016."

4. On November 10, 2016, Defendants counsel e-mailed counsel for Plaintiffs and agreed to continue the Motion for Attorney Fees (11/17/16) to the same day as the Motion to Expunge Lis Pendens.

1          5.      Based on the foregoing, the parties respectfully stipulate and request that the
Defendants Motion for Attorney Fees (to be heard on 11/17/16) be moved and be heard on the same
day as the Defendants Motion to Expunge Lis Pendens, December 1, 2016."

DATED:  November 14, 2016              THE RODRIGUEZ LAW GROUP


                                       By:     */s/ Patricia Rodriguez Esq.*
                                               PATRICIA RODRIGUEZ

                                       Attorney for Plaintiff


DATED:  November 14, 2016              LOCKE LORD LLP

                                       By:     */s/ Lindsey E. Kress Esq.*
                                               LINDSEY E. KRESS

                                       Attorney for Defendant

Patricia Rodriguez Esq., SBN 270639
**RODRIGUEZ LAW GROUP, INC.**
1492 West Colorado Blvd., Suite 120
Pasadena, CA 91105
Office Phone: (626) 888-5206
Fax: (626) 282-0522

Attorneys for Plaintiff
MARY JULIET NG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JULIET NG,<br><br>             Plaintiff,<br><br>vs.<br><br>US BANK, NA SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR TO LASALLE BANK, N.A., TRUSTEE FOR CERTIFICATE HOLDERS OF WAMU-RMBS MORTGAGE PASS THRU SERIES 2007-HY6, UNDER POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007; AND SELECT PORTFOLIO SERVICING INC; AND QUALITY LOAN SERVICE CORPORATION; AND DOES 1- 99,<br><br>             Defendants. | Case No.: 4:15-cv-04998-KAW<br><br>**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE MOTION FOR ATTORNEY'S FEES UNTIL DECEMBER 1, 2016** |

1
**[PROPOSED] ORDER**

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that Defendants Motion for Attorney Fees (to be heard on 11/17/16 at 11:00 AM, Courtroom 2, 4th Floor, Oakland before Magistrate Judge Kandis A. Westmore) be moved and be heard on the same day as the Defendants Motion to Expunge Lis Pendens, December 1, 2016 at 11:00 AM, Courtroom 2, 4th Floor, Oakland before Magistrate Judge Kandis A. Westmore

DATED: 11/14/16

_____
Hon. Kandis A. Westmore